**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-6338**

―――――――――

JOHN WAYNE BROWN,

                              Plaintiff - Appellant,

        versus

CAPTAIN DOSS; OFFICER CARTER; OFFICER DUVAL;
OFFICER MASON; OFFICER EDWARDS; OFFICER LARI-
MORE; OFFICER WEST; ROBIN HOGGE, Lieutenant;
JOHN DOE, Officer; JANE DOE, Officer; MAJOR
DIGGS; SHERIFF STANAWAY,

                              Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Claude M. Hilton, Chief District
Judge.  (CA-99-1442-A)

―――――――――

Submitted:  April 12, 2001          Decided:  April 23, 2001

―――――――――

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

John Wayne Brown, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Wayne Brown appeals from a district court order dismissing without prejudice his complaint alleging civil rights violations under 42 U.S.C.A. § 1983 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Brown's motion for appointment of counsel on appeal and affirm on the reasoning of the district court. See Brown v. Doss, No. CA-99-1442-A (E.D. Va. Jan. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED